UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY JONES, | No. 2:14-cv-2823 GEB GGH P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus. On January 12, 2015, petitioner filed a motion to proceed in forma pauperis. Since petitioner was previously granted in forma pauperis status, his request will be denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that: Petitioner's motion to proceed in forma pauperis, filed January 12, 2015 (ECF No. 9) is denied as unnecessary.

Dated: January 18, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

Jones2823.ifp

1